SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
LUZ ZENDEJAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARMAN AVOYAN D/B/A STUDIO NAI; ARNON RAPHAEL, AS TRUSTEE OF THE ARNON AND TERRY RAPHAEL FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:24-cv-04090-MRA (JCx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LUZ ZENDEJAS ("Plaintiff") and Defendants ARMAN AVOYAN D/B/A STUDIO NAI and ARNON RAPHAEL, AS TRUSTEE OF THE ARNON AND TERRY RAPHAEL FAMILY TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

                                        Respectfully submitted,

DATED: January 6, 2025        SO. CAL. EQUAL ACCESS GROUP

                                        By:   */s/  Jason J. Kim*
                                                 Jason J. Kim
                                                 Attorneys for Plaintiff

DATED: January 6, 2025        SJR Law Corporation

                                        By:   */s/ Shoshana Raphael*
                                                 Shoshana Raphael, Esq.
                                                 Attorneys for Defendants
                                                 ARMAN AVOYAN D/B/A STUDIO NAI
                                                 and ARNON RAPHAEL, AS TRUSTEE OF
                                                 THE ARNON AND TERRY RAPHAEL
                                                 FAMILY TRUST

### **Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2025                     By: */s/ Jason J. Kim*
                                                         Jason J. Kim

STIPULATION FOR DISMISSAL